IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDOLPH-RAND CORPORATION OF NEW YORK, | § § § | |
| Plaintiff | § § § | |
| v. | § § § | CIVIL ACTION NO. 3-01CV-0894-D |
| J & H TRADING CO. and HAK SON AHN, | § § § § | |
| Defendants | § | |

## CERTIFICATE OF INTERESTED PERSONS

COME NOW, J & H Trading Co. and Hak Son Ahn, Defendants and Counter-Plaintiffs in this action and, pursuant to Rules 3.1(f) and 7.4 of the Local Rules of the Northern District, file this certificate containing a list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities known to be financially interested in the outcome of this case:

Randolph-Rand Corporation of New York
176 Madison Avenue
New York, New York 10016

J & H Trading Co.
11363 Denton Drive, Suite 114
Dallas, Texas 75229

Hak Son Ahn
11363 Denton Drive, Suite 114
Dallas, Texas 75229

T & L Import, Inc.
5705 Hartsdale Drive
Houston, Texas 77036

JC (USA) Import Corp.
118 W. 21st Street
Los Angeles, California 90007

American Handbag (USA), Inc.
4621 S. Alameda
Los Angeles, California 90058

Ann's Trading Co., Inc.
2171 E. 25th Street
Los Angeles, California 90058

Baker Botts LLP
600 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201

Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

Respectfully submitted,

_____
James M. McCown
State Bar No. 00788002
Collin L. Hayes
State Bar No. 00795096
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Telecopier: (214) 953-5822

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via facsimile and United States mail, on this the 26th day of June, 2001, upon the following counsel of record:

Jose M. Luzarraga, Esq.
Ann Petalas, Esq.
Baker Botts L.L.P.
600 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

Collin L. Hayes

CERTIFICATE OF INTERESTED PERSONS - Page 3
2691187.1:120242.1