ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 28 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| RANDOLPH-RAND CORPORATION OF NEW YORK § § § Plaintiffs, § § v. § § J&H TRADING CO. § and HAK SON AHN § § Defendants. § | CIVIL ACTION NO. 3-01CV00894-D |

## PLAINTIFF RANDOLPH-RAND CORPORATION'S ANSWER TO DEFENDANTS J&H TRADING COMPANY AND HAK SON AHN'S COUNTERCLAIM

Plaintiff, Randolph-Rand Corporation of New York ("Randolph-Rand"), files this original answer to defendants J&H Trading Company and Hak Son Ahn's counterclaim.

### A. Admissions & Denials

1. Plaintiff admits the allegations in paragraph 1.

2. Plaintiff admits the allegations in paragraph 2.

3. Plaintiff admits the allegations in paragraph 3.

4. Plaintiff admits the allegations in paragraph 4.

5. Plaintiff denies the allegations in paragraph 5.

6. Plaintiff denies the allegations in paragraph 6.

7. Plaintiff denies the allegations in paragraph 7.

8. Plaintiff denies the allegations in paragraph 8.

9. Plaintiff denies the allegations in paragraph 9.

    A. Plaintiff denies the allegations in paragraph 9 (A).

    B. Plaintiff denies the allegations in paragraph 9 (B).

    C.    Plaintiff denies the allegations in paragraph 9 (C).

    D.    Plaintiff denies the allegations in paragraph 9 (D).

    E.    Plaintiff denies the allegations in paragraph 9 (E).

    F.    Plaintiff denies the allegations in paragraph 9 (F).

10.    Plaintiff denies the allegations in paragraph 10.

### B.    Affirmative Defense

11.    Defendants' counterclaim fails to state a claim upon which relief may be granted.

### C.    Prayer

12.    For these reasons, Plaintiffs ask the Court to dismiss defendants' counterclaim with prejudice, to award Plaintiffs their attorneys fees and all other costs, and for such other and further relief as the Court deems just and proper.

Dated: June ___, 2001

Respectfully Submitted,

_____
José M. Luzarraga
Texas Bar No. 00791149
Ann Horat Petalas
Texas Bar No. 24012852
BAKER BOTTS L.L.P.
600 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

Attorneys for Plaintiff

OF COUNSEL:

Paul R. Morico
Texas Bar No. 00792053
S.D. Tex. Bar No. 19167

DAL01:611734.1

BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Tel: (713) 229-1732
Fax: (713) 229-7732

Jeffrey A. Schwab (JS 9592)
Michael Aschen (MA 6336)
Anthony J. DiFilippi (AD 7870)
ABELMAN, FRAYNE & SCHWAB
150 East 42nd Street
New York, NY 10017
Tel: (212) 949-9022
Fax: (212) 682-6499

## CERTIFICATE OF SERVICE

I certify that on June 28, 2001, a copy of this instrument was served by certified mail, return receipt requested, on the following counsel of record:

    James McCown
    Collin L. Hayes
    Jackson & Walker, L.L.P.
    901 Main Street, Suite 6000
    Dallas, Texas 75202

                                          _____
                                          Ann Horat Petalas

DAL01:611734.1