

Receipt No.: 160354
Initials: _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

**RANDOLPH-RAND CORPORATION**
**OF NEW YORK**                               §
                                              §
**Plaintiff**                                 §

**v.**                                        §

**J & H TRADING, CO.**                        §
                                              §
**Defendant**

**3-01CV0894-D**
**Case Number**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT  3 2001

CLERK, U.S. DISTRICT COURT
By _____ Deputy

ENTERED
U.S.D.C.

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now  MELISSA SZANTO, Applicant herein, and respectfully states the following:

1.      Applicant is an attorney and a member of the law firm of (or practices under the name of)
BAKER BOTTS, LLP,   with offices at   One Shell Place, 910 Louisiana Street,
                                (Street Address)
Houston,                   Texas               77002        (713) 229-1739.
(City)                     (State)             (Zip Code)   (Telephone No.)

II.      Applicant will sign all pleadings with the name   MELISSA SZANTO

III.      Applicant has been retained personally or as a member of the above-named firm by   RANDOLPH –
RAND CORPORATION
                                                                            to provide
                    (List All Parties Represented)
legal representation in connection with the above-styled matter now pending before the United States District
Court, Northern District of Texas.

IV.      Since May, 1999,  Applicant has been and presently is a member in good standing of the bar of the
highest court of the state of  Texas                           where Applicant regularly practices law.
Applicant's bar license number is _____24010439_____

V.      Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State of New York | 7/96 |
| United States District Court , So. District of N.Y. | 8/96 |
| United States District Court, No.District of  N. Y. | 9/96 |

803963



United States District Court, So. District of Texas        2/2000

**VI.**     Applicant is presently a member in good standing of the bars of the courts listed in question V, except as provided below: (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice)

_____ DNA _____

_____

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____ DNA _____

_____

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

_____ DNA _____

_____

_____

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court,  Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
| --- | --- |
| 9/28/01 | 01-CV-0907 Randolph Rand Corp. v. NHW , Inc. et al |
| 9/28/01 | 01-CV-0680 Randolph Rand Corp v. Marc Chantal et al |
| 9/28/01 | 01-CV-0694 Randolph Rand Corp. v. Ebenezer Inc. et al |

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is   Jose Luzarraga, Baker Botts, LLP
who has offices at Baker Botts, LLP, 2001 Ross Avenue, Dallas, Texas  75201-2980        (214) 953-6823
                    (Address)                                          (Telephone No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☒     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 2nd day of October, 2001.

MELISSA SZANTO
Printed Name of Applicant

*M Melissa Szanto*
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this 3rd day of October, 2001.

MELISSA SZANTO
Printed Name of Applicant

*M Melissa Szanto*
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☑   the application be granted.  The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐   the application be denied.  The Clerk of Court shall return the admission fee to the Applicant.

October 3, 2001
DATE

*Irma A. Ramirez*
JUDICIAL OFFICER

803963