

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RANDOLPH-RAND CORPORATION OF NEW YORK,** | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3-01CV-0894-D |
| **J & H TRADING CO. AND HAK SON AHN** | § § § § § § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS PURSUANT TO RELEASE AND SETTLEMENT AGREEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, Plaintiff Randolph-Rand Corporation of New York ("Randolph-Rand") and Defendants J & H Trading Co., and Hak Son Ahn (collectively, the "Defendants"), and file this Joint Motion to Dismiss Pursuant to Release and Settlement Agreement and, in support thereof, would respectfully show the Court as follows:

### I.

Randolph-Rand and the Defendants announce to the Court that they have resolved all of the claims asserted in this action, or that could have been asserted in this action, and have entered into a confidential Release and Settlement Agreement, dated January 9th, 2002.

### II.

By this motion, Randolph-Rand and the Defendants seek to dismiss with prejudice all causes of action that have been asserted or could have been asserted by and against Randolph-

17

Rand and/or the Defendants in this lawsuit or otherwise, relating to or arising out the matters more fully described in Randolph-Rand's Complaint, the Defendants' Counterclaim, and all amendments and supplements thereto filed of record in this action.

WHEREFORE PREMISES CONSIDERED, Randolph-Rand and the Defendants pray that the Court dismiss this action with prejudice to refiling.

Respectfully submitted,

**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Telecopier: (214) 953-5822

By: _____
Jim McCown
State Bar No. 00788002
Collin Hayes
State Bar No. 00795096
ATTORNEYS FOR DEFENDANTS
J & H TRADING CO. AND HAK SON AHN

**BAKER BOTTS L.L.P.**
600 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Telecopier: (214) 953-6503

By: _Jose Luzarraga w/p7m_____
Jose M Luzarraga
State Bar No. 00791149
ATTORNEYS FOR PLAINTIFF
RANDOLPH-RAND
CORPORATION OF NEW YORK

Rand and/or the Defendants in this lawsuit or otherwise, relating to or arising out the matters more fully described in Randolph-Rand's Complaint, the Defendants' Counterclaim, and all amendments and supplements thereto filed of record in this action.

WHEREFORE PREMISES CONSIDERED, Randolph-Rand and the Defendants pray that the Court dismiss this action with prejudice to refilling.

Respectfully submitted,

**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Telecopier: (214) 953-5822

By: _____
Jim McCown
State Bar No. 00788002
Collin Hayes
State Bar No. 00795096
ATTORNEYS FOR DEFENDANTS
J & H TRADING CO. AND HAK SON AHN

**BAKER BOTTS L.L.P.**
600 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Telecopier: (214) 953-6503

By: _____
Jose M Luzarraga
State Bar No. 00791149
ATTORNEYS FOR PLAINTIFF
RANDOLPH-RAND
CORPORATION OF NEW YORK