

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDOLPH-RAND CORPORATION OF NEW YORK, | § § § § § | |
| Plaintiff, | § | |
| vs. | § § | CIVIL ACTION NO. 3-01CV-0894-D |
| J & H TRADING CO. AND HAK SON AHN | § § § § § § § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

The Court has been advised that the Plaintiff Randolph-Rand Corporation of New York and Defendants J & H Trading Co. and Hak Son Ahn the above-referenced matter have reached a settlement agreement with respect to the claims alleged in this lawsuit, and this matter is appropriate for disposition by dismissal with prejudice. Therefore, it is

ORDERED that all claims asserted herein are hereby dismissed with prejudice against refiling such claims. It is further

ORDERED that all fees and costs incurred in conjunction with this matter are hereby taxed against the party incurring the same.

SIGNED this the 4th day of February, 2002.

Sidney A. Fitzwater
United States District Judge

18

APPROVED:

**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Telecopier: (214) 953-5822


By: _____
    Jim McCown
    State Bar No. 00788002
    Collin Hayes
    State Bar No. 00795096
    ATTORNEYS FOR DEFENDANTS
    J & H TRADING CO. AND HAK SON AHN



**BAKER BOTTS L.L.P.**
600 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Telecopier: (214) 953-6503

By: _[signature: Jose M Luzarraga w/p JM]_
    Jose M Luzarraga
    State Bar No. 00791149
    ATTORNEYS FOR PLAINTIFF RANDOLPH-
    RAND CORPORATION OF NEW YORK


3066100v1

APPROVED:

**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Telecopier: (214) 953-5822

By: _____
Jim McCown
State Bar No. 00788002
Collin Hayes
State Bar No. 00795096
ATTORNEYS FOR DEFENDANTS
J & H TRADING CO. AND HAK SON AHN


**BAKER BOTTS L.L.P.**
600 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Telecopier: (214) 953-6503

By: _____
Jose M Luzarraga
State Bar No. 00791149
ATTORNEYS FOR PLAINTIFF RANDOLPH-
RAND CORPORATION OF NEW YORK


3066100v1